UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                    )
                                          )
**LEADER, JEFFREY D**                     )    Bankruptcy Case No. 16-80273 LMT
                                          )    Chapter 7
                                          )
Debtor(s).                                )

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

LEADER, JEFFREY D
PO BOX 143
WEST BROOKLYN, IL 61378

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604

1    PEOPLES GAS LIGHT & COKE COMPANY
     200 EAST RANDOLPH STREET
     CHICAGO, IL 60601

2    Andre Sims and Catrece Summers-Sims
     Cara M. Anthaney
     77 W Washington Ste 2120
     Chicago, IL 60602

3    PYOD, LLC its successors and assigns as assignee
     of Citibank, N.A.
     Resurgent Capital Services,PO Box 19008
     Greenville, SC 29602

4    Capital One NA
     c/o Becket and Lee LLP
     PO Box 3001

      Malvern, PA 19355-0701

5      National Loan Investors, LP
      5619 N Classen Blvd
      Oklahoma City, OK 73118

6      Cavalry SPV I, LLC
      c/o Bass & Associates, P.C.
      3936 E. Ft. Lowell Rd., Suite 200
      Tucson, AZ 85712

/s/ JOSEPH D. OLSEN
Chapter 7 Trustee
JOSEPH D. OLSEN, Trustee
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
Phone: (815) 965-8635
Fax: