**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LEADER, JEFFREY D                          § Case No. 16-80273
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $690,432.50                    Assets Exempt: $141,125.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,887.84        Claims Discharged
                                                  Without Payment: $258,948.28

Total Expenses of Administration: $1,584.16

---

   3) Total gross receipts of $    7,472.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $7,472.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,584.16 | 1,584.16 | 1,584.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,850.00 | 2,850.00 | 2,850.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 261,986.12 | 261,986.12 | 3,037.84 |
| **TOTAL DISBURSEMENTS** | $0.00 | $266,420.28 | $266,420.28 | $7,472.00 |

4) This case was originally filed under Chapter 7 on February 09, 2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2017          By: /s/JOSEPH D. OLSEN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 Federal income tax refund | 1224-000 | 7,472.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,472.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,497.20 | 1,497.20 | 1,497.20 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 41.54 | 41.54 | 41.54 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.34 | 10.34 | 10.34 |
| Rabobank, N.A. | 2600-000 | N/A | 10.32 | 10.32 | 10.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.03 | 3.03 | 3.03 |
| Rabobank, N.A. | 2600-000 | N/A | 11.73 | 11.73 | 11.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,584.16 | $1,584.16 | $1,584.16 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Andre Sims and Catrece Summers-Sims | 5800-000 | N/A | 2,850.00 | 2,850.00 | 2,850.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,850.00 | $2,850.00 | $2,850.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | N/A | 1,787.41 | 1,787.41 | 20.74 |
| 2U | Andre Sims and Catrece Summers-Sims | 7100-000 | N/A | 17,358.75 | 17,358.75 | 201.28 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 5,904.34 | 5,904.34 | 68.46 |
| 4 | Capital One NA | 7100-000 | N/A | 1,425.99 | 1,425.99 | 16.53 |
| 5 | National Loan Investors, LP | 7100-000 | N/A | 234,866.03 | 234,866.03 | 2,723.37 |
| 6 | Cavalry SPV I, LLC | 7100-000 | N/A | 643.60 | 643.60 | 7.46 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $261,986.12 | $261,986.12 | $3,037.84 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-80273  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** LEADER, JEFFREY D  **Filed (f) or Converted (c):** 02/09/16 (f)
 **§341(a) Meeting Date:** 03/17/16
**Period Ending:** 01/05/17  **Claims Bar Date:** 06/27/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Building located at 4855 S. Princeton Ave, Chica | 80,000.00 | 0.00 | | 0.00 | FA |
| 2 | Single Family Home located at 759 3rd St, West B | 90,000.00 | 0.00 | | 0.00 | FA |
| 3 | Building located at 5952 S. Calumet St, Chicago, | 195,000.00 | 0.00 | | 0.00 | FA |
| 4 | Building Located at 7822 S. Kingston Ave, Chicag | 195,000.00 | 0.00 | | 0.00 | FA |
| 5 | Deposits of money - : Checking account with Chas | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous used furniture and appliances | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Necessary used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | : 401k with Standards and Poors 500 | 120,000.00 | 0.00 | | 0.00 | FA |
| 9 | Ryland Homes Stocks, % ownership | 700.00 | 0.00 | | 0.00 | FA |
| 10 | 2011 Kia Sorento with 66,400 miles Value based o | 5,012.50 | 0.00 | | 0.00 | FA |
| 11 | 2011 Ski-do GSX 600 E-tech Value based on nadagu | 3,220.00 | 0.00 | | 0.00 | FA |
| 12 | 2013 800R Ski-Doo Value based on nadaguides.com | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2015 Federal income tax refund  (u) | 0.00 | 7,472.00 | | 7,472.00 | FA |
| 14 | 2015 State of Illinois refund  (u) | 0.00 | 304.00 | | 0.00 | FA |
| 14 | **Assets   Totals** (Excluding unknown values) | **$690,432.50** | **$7,776.00** | | **$7,472.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 01/05/2017 03:02 PM    V.13.28

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-80273  
**Case Name:** LEADER, JEFFREY D  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/09/16 (f)  
**§341(a) Meeting Date:** 03/17/16  

**Period Ending:** 01/05/17  
**Claims Bar Date:** 06/27/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2016   **Current Projected Date Of Final Report (TFR):** July 19, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-80273 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | LEADER, JEFFREY D | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4766 - Checking Account |
| Taxpayer ID #: | **-***2145 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/05/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/16 | {13} | Jodi and Jeffery Leader | pymt of one-half of federal tax refund | 1224-000 | 7,472.00 | | 7,472.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,462.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.34 | 7,451.66 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.32 | 7,441.34 |
| 06/02/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #16-80273 | 2300-000 | | 3.03 | 7,438.31 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.73 | 7,426.58 |
| 09/27/16 | 102 | JOSEPH D. OLSEN | | 2100-000 | | 1,497.20 | 5,929.38 |
| 09/27/16 | 103 | JOSEPH D. OLSEN | | 2200-000 | | 41.54 | 5,887.84 |
| 09/27/16 | 104 | Andre Sims and Catrece Summers-Sims | | 5800-000 | | 2,850.00 | 3,037.84 |
| 09/27/16 | 105 | PEOPLES GAS LIGHT & COKE COMPANY | | 7100-000 | | 20.74 | 3,017.10 |
| 09/27/16 | 106 | Andre Sims and Catrece Summers-Sims | | 7100-000 | | 201.28 | 2,815.82 |
| 09/27/16 | 107 | PYOD, LLC its successors and assigns as assignee | | 7100-000 | | 68.46 | 2,747.36 |
| 09/27/16 | 108 | Capital One NA | | 7100-000 | | 16.53 | 2,730.83 |
| 09/27/16 | 109 | National Loan Investors, LP | | 7100-000 | | 2,723.37 | 7.46 |
| 09/27/16 | 110 | Cavalry SPV I, LLC | | 7100-000 | | 7.46 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 7,472.00 | 7,472.00 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 7,472.00 | 7,472.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $7,472.00 | $7,472.00 | |

Net Receipts :        7,472.00
Net Estate :        $7,472.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4766** | 7,472.00 | 7,472.00 | 0.00 |
| | $7,472.00 | $7,472.00 | $0.00 |

{} Asset reference(s)